UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRITPAL SINGH,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br>Defendants. | No. 2:26-cv-01846-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE<br><br>(Doc. No. 6) |

Plaintiff initiated this civil action by filing a complaint on May 18, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On September 3, 2026,the assigned magistrate judge issued an order requiring plaintiff to show cause in writing within fourteen (14) days why this action should not be dismissed due to plaintiff's failure to effect service in a timely fashion. (Doc. No. 5.) The magistrate judge advised that plaintiff could respond to that order by moving for an extension of time to complete service, explaining why plaintiff had not completed service and demonstrating good cause for an extension of time, or by submitting a return/proof of service as to all defendants who have been served, but warning plaintiff that if no response was submitted to the order that a recommendation

of dismissal of the action would issue. (*Id.*) Although served with the order to show cause, plaintiff filed no response to it. Accordingly, on September 30, 2026, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to effect service within the time provided by Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 6.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed any objections, or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis

Accordingly:

1. The findings and recommendations issued September 30, 2026 (Doc. No. 6), are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to effect service pursuant to Federal Rule of Civil Procedure 4(m); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE